```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )
                                )         4:05CR3144
         v.                     )
                                )
JOSE MANUEL ZAMARRIPA-TORRES    )
and SERGIO HUMBERTO             )         ORDER
ZAMARRIPA-TORRES,               )
                                )
              Defendants.       )
                                )
```

On February 7, 2006, trial of the above matter as to both defendants was continued from February 27 to March 13, 2006. Filing 24.

IT THEREFORE HEREBY IS ORDERED,

The motion of defendant Sergio Humberto Zamarripa-Torres, to continue the trial from February 27, 2006 to a new date, filing 25, is denied as moot.

DATED this 7th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge