IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3144 |
| | ) | |
| v. | ) | |
| | ) | |
| SERGIO HUMBERTO ZAMARRIPA-TORRES, | ) ) | ORDER RESCHEDULING CHANGE-OF-PLEA HEARING |
| | ) | |
| Defendants. | ) | |
| | ) | |

After a conference call with counsel today,

IT IS ORDERED that the change-of-plea hearing scheduled for March 14, 2006, is continued to March 30, 2006, at 10:00 a.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present for the hearing on March 30, 2006, at 10:00 a.m.

DATED this 13th day of March, 2006.

BY THE COURT:

s/ Warren K. Urbom
Senior United States District Judge