IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3144 |
| | ) | |
| v. | ) | |
| | ) | |
| SERGIO HUMBERTO ZAMARRIPA-TORRES, | ) | ORDER CORRECTING JUDGMENT |
| | ) | |
| Defendants. | ) | |
| | ) | |

     Pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure the sentence, because of a technical error by which the defendant did not receive a decrease of two levels in accordance with U.S.S.G. § 2.D1.1(b)(7) although he met the criteria set forth in subdivisions (1)-(5) of subsection (a) of § 5C1.1 (Limitation on Applicability of Statutory Minimum Sentences in Certain Cases), the Total Offense Level is 29 and the sentence is corrected to 87 months instead of 108 months, and restitution in the amount of $1,625 is jointly and severally with the co-defendant, Jose Manuel Zamarripa Torres.

     The Motion to Correct Sentence, filing 68, is granted.

     Dated June 20, 2006.

                                            BY THE COURT

                                            s/ Warren K. Urbom
                                            United States Senior District Judge