FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 AUG 11  AM 11: 10

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3144 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| SERGIO HUMBERTO ZAMARRIPA-TORRES, | ) | |
| | ) | |
| Defendant | ) | |

IT IS HEREBY ORDERED that the Government's Motion to Continue Self Surrender Date regarding the above-captioned defendant, (Filing No. ___), be sealed.

BY THE COURT:

August 11, 2006
DATED

WARREN K. URBOM
Senior United States District Judge