IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3144 |
| | ) | |
| v. | ) | |
| | ) | |
| SERGIO HUMBERTO ZAMARRIPA-TORRES, | ) ) | ORDER GRANTING MOTION TO RELEASE BOND |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Filing 87 is a Motion to Release Bond requesting that the bond posted herein on or about December 23, 2005, be released to the person entitled thereto as shown on the records of the Clerk of the District Court.

    IT IS ORDERED that:

1. the Motion to Release Bond, filing 87, is granted; and

2. the Clerk of Court shall refund and return the $1,000 Appearance and Compliance Bond deposit to Sergio Humberto Zamarripa-Torres.

.

    Dated May 8, 2007.

                      BY THE COURT


                        s/ Warren K. Urbom
                        United States Senior District Judge