IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3144 |
| | ) | |
| v. | ) | |
| | ) | AMENDED |
| SERGIO HUMBERTO ZAMARRIPA-TORRES, | ) | ORDER GRANTING MOTION TO RELEASE BOND |
| | ) | |
| Defendants. | ) | |
| | ) | |

    The Clerk of the District Court has now informed me that the person posting the bond for the defendant, Sergio Humberto Zamarripa-Torres was Alejandra Robledo, 1414 St. Paul Road, Trailer #2, Grand Island, Nebraska 68801.

    IT THEREFORE IS ORDERED that the Order Granting Motion to Release Bond, filing 88, is amended and the clerk of the court shall refund and return the $1,000 Appearance and Compliance Bond deposit to Alejandra Robledo, 1414 St. Paul Road, Trailer #2, Grand Island, Nebraska 68801.

    Dated May 23, 2007.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge