IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:05CR3144 |
| v. | ) | |
| SERGIO HUMBERTO ZAMARRIPA-TORRES, | ) | ORDER ON ORAL MOTION TO CONTINUE RULE 35(b) HEARING |
| Defendants. | ) | |

IT IS ORDERED that:

1. the oral motion to continue the Rule 35(b) hearing, docket entry no. 105, is granted;

2. the Rule 35(b) hearing is continued to 11:30 a.m. on July 21, 2009, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant, according to his counsel, has waived his right to be present for the hearing.

Dated July 13, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge